UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**07 CIV 8363**

MUTUAL MARINE OFFICE, INC.,

                              Plaintiff,

    -against-                          **RULE 7.1 STATEMENT**

M/V "MOL INITIATIVE", her engines, boilers, etc.,    07 CIV.
PRIMARY FREIGHT SERVICES, INC.,

                              Defendant.

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

NONE

Dated: New York, New York
       September 24, 2007

                                                    James J. Ruddy (JR-6693)