COZEN O'CONNOR
45 Broadway Atrium, Suite 1600
New York, New York 10006-3792
Tel.: (212) 509-9400
David Y. Loh (DYL 0460)

Attorneys for Defendant
PRIMARY FREIGHT SERVICES, INC.
File No.: 213715

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| MUTUAL MARINE OFFICE, INC., | Civil Action No.: 07 Civ. 8363 (DLC) |
| Plaintiff, | |
| -against- | **Rule 7.1 Disclosure** <br> **Of Interested Parties** |
| M/V "MOL INITIATIVE," her engines, tackle, boilers, etc.; PRIMARY FREIGHT SERVICES, INC.; | |
| Defendants. | |

-----------------------------------------------------------X

DAVID Y. LOH, attorney for Defendant, PRIMARY FREIGHT SERVICES, INC., having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

None.

DATED:   New York, New York
         October 19, 2007

                                    COZEN O'CONNOR
                                    Attorneys for Defendant
                                    Primary Freight Services, Inc.

                              By:   [signature]
                                    David Y. Loh (DL-0460)
                                    45 Broadway – 16th Floor
                                    New York, New York 10006
                                    Tel.: (212) 509-9400

NEWYORK\261171\1   213715.000

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

    Nancy Bell, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age, and reside in Staten Island, New York. On October 19, 2007, I served the within *Rule 7.1 Disclosure of Interested Parties* by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, addressed to the following at the address set forth below:

        James J. Ruddy, Esq.
        McDermott & Radzik, LLP
        Wall Street Plaza
        88 Pine Street, 21st Floor
        New York, New York 10005-1801

                _____
                Nancy Bell

Sworn to before me this 19th day of Oct., 2007.

_____
NOTARY PUBLIC

    WILLIAM BROUDY
NOTARY PUBLIC, STATE OF NEW YORK
    NO. 60-5468372
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES: JULY 31, 2010

NEWYORK_DOWNTOWN\261190\1 213715.000