COZEN O'CONNOR
David Y. Loh (DL 0460)
45 Broadway Atrium, 16th Floor
New York, N.Y. 10006-3792
212-509-9400

Attorneys for Defendant
PRIMARY FREIGHT SERVICES, INC.
File: 213715

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUTUAL MARINE OFFICE, INC.

               Plaintiff(s),

- against -

M/V "MOL INITIATIVE", her engines,
boilers, etc., *in rem*; PRIMARY
FREIGHT SERVICES, INC., *in personam*;

               Defendant(s).

07 Civ. 8363 (DLC)

ORDER AND STIPULATION
OF DISCONTINUANCE

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff MUTUAL MARINE OFFICE, INC. and defendant PRIMARY FREIGHT SERVICES, INC., pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that any and all claims, cross claims, counterclaims and third party claims in the above-referenced action be, and the same hereby is, discontinued with prejudice and without costs as against any party.

    IT IS FURTHER STIPULATED AND AGREED, that in the event settlement is not consummated within thirty (30) days of the date of this Order, any party may re-open this matter upon letter application to the Court on a without prejudice basis.

So ordered.

1

Case 1:07-cv-08363-DLC   Document 5   Filed 10/29/2007   Page 2 of 2

Dated:   New York, New York
         October 25, 2007

| MCDERMOTT & RADZIK, LLP | COZEN O'CONNOR |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| MUTUAL MARINE OFFICE, INC. | PRIMARY FREIGHT SERVICES, INC. |
| By: *James J. Ruddy* | By: *[signature]* |
| James J. Ruddy (JR 6693) | David Y. Loh (DL 0460) |
| Wall Street Plaza | 45 Broadway Atrium |
| 88 Pine Street, 21st Floor | Suite 1600 |
| New York, New York 10005 | New York, New York 10006-3792 |
| 212-376-6400 | (212) 509-9400 |
| File: GM-07-3593 JJR | File: 213715 |

SO ORDERED:

_____
         U.S.D.J.
Dated:

2